

# COURT OF APPEALS
# EIGHTH DISTRICT OF TEXAS
# EL PASO, TEXAS

---

No. 08-26-00003-CV

---

In re Alexandra Jenkins

## AN ORIGINAL PROCEEDING IN MANDAMUS

## MEMORANDUM OPINION

Relator, Alexandra Jenkins, filed a petition for writ of mandamus asking this Court to "[i]ssue a writ of mandamus directing the [Justice Court, Precinct 4, of El Paso County, Texas] to" forward documents—the notice of appeal she allegedly filed in the justice court, her Statement of Inability to Afford Payment of Court Costs or an Appeal Bond, and "all related filings"—to the county court and to "[c]ease refusing appellate transmission based on indigency determinations."

An appellate court may issue a writ of mandamus against judges of a district, statutory county, statutory probate, or a county court in the court of appeals district. Tex. Gov't Code Ann. § 22.221(b). Jenkins's petition requests that this Court issue a writ of mandamus against a justice court—a court over which we lack jurisdiction. Tex. Gov't Code Ann. § 22.221(b)–(c); *see In re Castro*, No. 02-23-00489-CV, 2024 WL 23627, at *1 (Tex. App.—Fort Worth Jan. 2, 2024, orig. proceeding) (mem. op.) (per curiam) (dismissing petition for writ of mandamus for want of

jurisdiction over a justice of the peace). We dismiss the petition, and any pending motions, for want of jurisdiction.

MARIA SALAS MENDOZA, Chief Justice

January 14, 2026

Before Salas Mendoza, C.J., Palafox and Soto, JJ.